IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| DAVID HARRIS, | : |
| Plaintiff | : |
| VS. | :     1 : 04-CV-108 (WLS) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | : |
| Defendant. | : |

## RECOMMENDATION

On April 3, 2007, the undersigned issued a show cause order to the plaintiff, who is proceeding herein *pro se*, based on the plaintiff's failure to file a brief as required by Local Rule 9.2. The commissioner filed her Answer to the plaintiff's complaint on June 13, 2006, with Local Rule 9.2 requiring the plaintiff to file a brief in support of his claims within thirty (30) days thereafter. Although ordered to show cause as to why this case should not be dismissed for failure to prosecute and for failure to follow the rules of this court, the plaintiff has failed to respond to the court order.

Under Rule 41(b) of the Federal Rules of Civil Procedure, a case may be dismissed upon a determination of a "clear record of delay or willful contempt and a finding that lesser sanctions would not suffice." Goforth v. Owens, 766 F.2d 1533, 1535 (11th Cir. 1985). Litigants proceeding *pro se* are not exempted from this requirement of diligent prosecution. Moon v. Newsome, 863 F.2d 835 (11th Cir. 1989). The court's inherent power to dismiss cases in which the plaintiff has failed to diligently prosecute his action "is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District

Courts." Link v. Wabash R.R., 370 U.S. 626, 630 (1962).

A review of this action reveals a clear record of delay or willful contempt on the part of the plaintiff. The plaintiff has failed to comply with the directives of this court and the court finds that lesser sanctions will not suffice herein. Accordingly, it is the recommendation of the undersigned that this matter be **DISMISSED**. Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable W. Louis Sands, United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

**SO RECOMMENDED**, this 7th day of June, 2007.

/s/ *Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE

asb