IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| DAVID HARRIS, | : | |
| Plaintiff, | : | |
| v. | : | 1:04-CV-108 (WLS) |
| JO ANNE BARNHART,<br>Commissioner of Social Security, | : | |
| Defendant. | : | |

## **ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge, filed June 7, 2007. (Doc. 14). It is recommended that this action be dismissed for Plaintiff's failure to prosecute and for failure to follow the rules of this Court. *Id*. In the recommendation, a "clear record of delay or willful contempt" was found on part of the Plaintiff. *Id*. It was further found that sanctions lesser than dismissal would not suffice. *Id*.

Upon review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 14) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, this action is **DISMISSED**.

**SO ORDERED**, this   31st   day of August, 2007.

  /s/W. Louis Sands  
**THE HONORABLE W. LOUIS SANDS,**
**UNITED STATES DISTRICT JUDGE**

1